**Ernest W. WRIGHT, Plaintiff–
Appellant,**

v.

**Mr. HUFFMAN, Director; Warden
Saunders; Nurse Willis,
Defendants–Appellees.**

No. 02–6452.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Ernest W. Wright, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ernest W. Wright appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wright v. Huffman,* No. CA–01–1910–AM (E.D.Va. Mar. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*